# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID OWEN AWBERRY,<br>ANTHONY JOSEPH BELTRAN,<br>and JACQUELINE MARIE<br>KIRKALDIE,<br><br>Defendants. | MJ 19-25-GF-JTJ<br><br><br>ORDER |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Motion to Amend the Complaint by Interlineation is GRANTED. The offense date shall be corrected to have occurred "[o]n or about the date(s) of September 2018 – April 4, 2019."

DATED this 25th day of April 2019.

John Johnston
United States Magistrate Judge

1