IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 19-35-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| DAVID OWEN AWBERRY, | |
| Defendant. | |

The Court conducted a hearing on Defense Counsel's Motion to Withdraw on September 23, 2019. (Doc. 115).

**IT IS ORDERED** that Katie Ranta's motion to withdraw as counsel (Doc. 115) is **GRANTED**.

DATED this 30th day of September, 2019.

_____
Brian Morris
United States District Court Judge