# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-35-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **AMENDED FINAL ORDER OF FORFEITURE** |
| **DAVID OWEN AWBERRY, ANTHONY JOSEPH BELTRAN, and JACQUELINE MARIE KIRKALDIE,** | |
| **Defendants.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

1

2. A Preliminary Order of Forfeiture was entered on September 6, 2019, concerning David Owen Awberry.  (Doc. 108).

3. A Preliminary Order of Forfeiture was entered on September 6, 2019, concerning Jacqueline Marie Kirkaldie.  (Doc. 109).

4. A Preliminary Order of Forfeiture was entered on March 18, 2020 (Doc. 155), and June 9, 2020 (Doc. 164), concerning Anthony Joseph Beltran.

5. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Docs. 129, 129-1, 130, 130-1, 157, 157-1, 169, 169-1).  The United States has also resolved the claims filed by Gary Rasmussen, concerning the 2014 Dodge Ram 1500 ST Crew Cab, VIN: 3C6RR7KT8EG331979 and the 2010 Cadillac Escalade, VIN: 1GYUKCEF6AR161518; and with Ryan Beltran concerning the 2008 Dodge Challenger, VIN: 2B3LJ74W78H289629.

6. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Amended Final Order of Forfeiture as to all defendants is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- 2014 Dodge Ram 1500 ST Crew Cab, VIN: 3C6RR7KT8EG331979;

- 2010 Cadillac Escalade, VIN: 1GYUKCEF6AR161518;

- 2015 Toyota Scion, VIN: JTKJF5C73F3093329;

- 2004 Ameri Camp Trailer Coach 5th Wheel, VIN: 5M6FE30214S001315;

- 2008 Dodge Challenger, VIN: 2B3LJ74W78H289629;

- $1000.00 in United States currency seized from Kelsey Smith;

- $907.00 in United States currency seized from Jacqueline Kirkaldie's truck;

- $14,185.00 in United States currency seized from Gary Rasmussen's house;

- $1,095.00 in United States currency seized from the 2004 Ameri Camp Trailer Coach 5th Wheel;

- $6330.00 in United States currency seized from David Awberry;

- $500.00 in United States currency seized from David Awberry and Eric Bolin; and

- $23,807.00 in United States currency seized from Anthony Joseph Beltran.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 13th day of July 2020.

_____
Brian Morris, Chief District Judge
United States District Court